**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 06-5227**

———————

In re:  LAMONT HENDERSON,

Petitioner.

———————

On Petition for Writ of Mandamus.
(8:03-cr-00614)

———————

Submitted: January 25, 2007        Decided:  January 29, 2007

———————

Before WIDENER and MICHAEL, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Petition denied by unpublished per curiam opinion.

———————

Lamont Henderson, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lamont Henderson petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his motion for new trial. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court denied Henderson's motion for new trial on November 28, 2006. Accordingly, while we grant Henderson's request to proceed in forma pauperis, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED